# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| JASON WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV423-343 |
| | ) | |
| WALMART STORES EAST, LP, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The parties have submitted a Joint Status Report. Doc. 20. Although they indicate that discovery is not completed, *id.* at 1, no party has filed a motion to reopen discovery, *see generally* docket. This is a motions-driven Court. If the parties seek relief, they must do so in a motion. *See* Fed. R. Civ. P. 7(b)(1). Motions for modifying an existing scheduling order must be supported by a showing of good cause. *See* Fed. R. Civ. P. 16(b)(4); *Sosa v. Airprint Sys., Inc.*, 133 F.3d 1417, 1418 (11

Cir. 1998). Absent a motion making the requisite showing, discovery remains closed. *See* doc. 13 (Scheduling Order).

    **SO ORDERED**, this 21st day of May, 2024.

                                              _____
                                              CHRISTOPHER L. RAY
                                              UNITED STATES MAGISTRATE JUDGE
                                              SOUTHERN DISTRICT OF GEORGIA